# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MANUEL IBARRA OLIVARES,** | |
| Plaintiff, | |
| vs. | Civil Action Number: |
| | 1:12-CV-00879-SCJ |
| **LA HACIENDA #3, INC., XAVIER CUELLAR, JR., and MARLENE MAGANA,** | |
| Defendants. | |

## ORDER

This matter comes before the Court on the Plaintiff's Motion for Review and Approval of their Agreement and Release [Doc. No. 9].

The Plaintiff has requested that the Court review and approve the parties' proposed Agreement and Release because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 20 U.S.C. § 201 *et seq.* The Court has reviewed the proposed Agreement and Release and finds that the settlement is a fair and reasonable resolution of the dispute.

Accordingly, the Plaintiff's Motion [Doc. No. 9] is **GRANTED** and the Agreement and Release [Doc. No. 9-1] is **APPROVED** and incorporated herein. This Court shall retain jurisdiction over this matter until the terms set forth in Paragraph 3 of the Agreement and Release have been complied with.

**IT IS SO ORDERED,** this 9th  day of  May , 2012.

s/Steve C. Jones
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE